Commonwealth of Pennsylvania, Department of Transportation, Appellant *v.* Standard Investments Corporation, Appellee.

Argued December 6, 1983, before President Judge CRUMLISH, JR., and Judges ROGERS, WILLIAMS, JR., CRAIG, MACPHAIL, DOYLE and BARRY.

*Scott M. Olin,* Assistant Counsel, with him *Ward T. Williams,* Chief Counsel, and *Jay C. Waldman,* General Counsel, for appellant.

*Charles K. Serine, Miller and Murray,* for appellee.

OPINION BY JUDGE ROGERS, March 8, 1984:

The order of the Court of Common Pleas of Berks County dismissing the appellant's preliminary objections to the appellee's amended petition for the appointment of viewers alleging a de facto taking of its property and appointing a board of viewers as prayed for by the appellee is affirmed on the comprehensive opinion of Judge ARTHUR ED. SAYLOR reported as *Standard Investments Corporation v. Department of Transportation,* 28 Pa. D. & C.3d 294 (1982). We emphasize that the court of common pleas, all of whose holdings we have approved, rejected the Department of Transportation's contention that a landowner, in order to sustain his burden of proving a de facto taking, must have unsuccessfully exposed his property to sale.

## ORDER

AND Now, this 8th day of March, 1984, the order of the Court of Common Pleas of Berks County in the above-captioned matters is affirmed.